LaToya Thomspon
815 Waterview Lane
Philadelphia, Pa 19154

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2019 AUG 27 A 10: 57

*Non-Disclose Pro Se Documentation Preparation regarding LaToya J Thompson legal shield member # 7005484426.*

*ATTN: County Clerk*
*It has been brought to my attention that it is now imperative to contact or inform a Higher court of this matter from the Bar Association.*

Attn: Civil Dept

Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101

To Whom It May Concern I would like to file a civil suit complaint on the behalf of what appears to be Gross Negligence and Malice. My complaint of the party(s) that I would like to hold accountable for these grievous actions would be: The Superior Court of Woodbury and The Gloucester East Division DCP.

There has seemed to be a grievous error of court rulings to which has placed an unfair substantiated stigma on my personhood and character. Due to these actions I have had an unfortunate set of circumstances occurring within my life. The Ruling of the court wrongly elaborated on another wrongful error, a Medical error of me being wrongfully diagnosed within the time frame of 2013.

In addition I successfully received treatment until early 2019. Furthermore, I had to file a suit for hostile work environment and wrongful termination in the year of 2014, for again being stalked and harassed within the workplace.

Circumstantially, the same individuals that I began to call the police on in 2013, started showing up to where I was currently working at the time in 2014. During this time DCP, became involved and I was wrongfully diagnosed which created a lasting impact on my life. Through these issues I had the opportunity to legally move forward through some of these circumstances with the pursue of suit. The Superior court of Woodbury and DCP, continue to slander my character and efforts of living a normal decent life as a person to raise my child. In addition, the police of Glassboro, NJ offered relief to the ongoing negative efforts of being stalked and harassed by issuing an arrest warrant.

Again, the Superior Courts of Woodbury, NJ appear to have ignored this and other creditability's by creating a circumstance of gross negligence's and malice in arrest efforts. I would like to pursue effort of rectifications to this unfortunate set of circumstance by filing a civil action suit and submitting my complaint.

Thanks,

LaToya J. Thompson

*\* The Pro Se is in preparation per my legal shield membership along w/ assigning possible attorney(s) through membership services to handle Select Suit + litigations.*

8/23/2019

Sejal Patel
Notary Public
New Jersey
My Commission Expires 3-13-2023
No. 2371077

